United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15390-elf
Patricia A. Bartolomeo                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv              Page 1 of 2              Date Rcvd: Aug 31, 2018
                               Form ID: 309I          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
```
db           +Patricia A. Bartolomeo,    707 W. Ashland Avenue,    Glenolden, PA 19036-1205
14181340     +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14181346     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181347     +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14181352     +Firstmark Services,    Attn: Bankruptcy Dept.,    P.O. Box 82522,    Lincoln, NE 68501-2522
14181354     +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
               Hazelwood, MO 63042-2429
14181355     +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14181360     +Wells Fargo/Bob's Discount Furniture,    Po Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: brad@sadeklaw.com Sep 01 2018 01:49:07     BRAD J. SADEK,   Sadek and Cooper,
               1315 Walnut Street,    Suite 502,    Philadelphia, PA  19107
tr           +E-mail/Text: bncnotice@ph13trustee.com Sep 01 2018 01:50:56     WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg           E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:13     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:08     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 01 2018 01:49:57     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14187751      EDI: HNDA.COM Sep 01 2018 05:38:00      American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14181341      EDI: HNDA.COM Sep 01 2018 05:38:00      American Honda Finance,    Attn: Bankruptcy,
               Po Box 168088,   Irving, TX 75016
14181342      EDI: BANKAMER.COM Sep 01 2018 05:38:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998
14181343     +EDI: CAPITALONE.COM Sep 01 2018 05:38:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
14181344     +EDI: DISCOVERSL.COM Sep 01 2018 05:38:00      Discover Student Loans,    Attn: Bankruptcy,
               Po Box 30948,    Salt Lake City, UT 84130-0948
14185607     +EDI: DISCOVERSL.COM Sep 01 2018 05:38:00      Discover Student Loans,    PO Box 30925,
               Salt Lake City, UT 84130-0925
14181356      E-mail/Text: camanagement@mtb.com Sep 01 2018 01:49:23     M&T Credit Services,
               Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
14182257     +EDI: PRA.COM Sep 01 2018 05:38:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14181357     +E-mail/Text: bankruptcy@loanpacific.com Sep 01 2018 01:51:04     Pacific Union Financial,
               Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14181358      E-mail/Text: clientservices@simonsagency.com Sep 01 2018 01:50:51     Simons Agency, Inc.,
               Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
14181359     +EDI: RMSC.COM Sep 01 2018 05:38:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
               Po Box 965061,    Orlando, FL 32896-5061
                                                                                               TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14181345*    +Discover Student Loans,    Attn: Bankruptcy,    Po Box 30948,    Salt Lake City, UT 84130-0948
14181348*    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181349*    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181350*    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181351*    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181353*    +Firstmark Services,    Attn: Bankruptcy Dept.,    P.O. Box 82522,    Lincoln, NE 68501-2522
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: dlv                   Page 2 of 2                   Date Rcvd: Aug 31, 2018
                               Form ID: 309I               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Patricia A. Bartolomeo brad@sadeklaw.com,  bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patricia A. Bartolomeo** | Social Security number or ITIN  xxx–xx–7934 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13   8/14/18 |
| Case number: | 18–15390–elf | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia A. Bartolomeo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 707 W. Ashland Avenue<br>Glenolden, PA 19036 | |
| 4. | **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Contact phone 215–545–0008<br><br>Email:  brad@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/31/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 3, 2018 at 9:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/2/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/10/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 403.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/30/18** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |