**TalentOnDemand**   Navigate & Search   

DeloitteNet / TalentOnDemand / Compensation / US / My Pay Statement

## My Pay Statement

My Pay Statement >

[07/13/2018 - Regular payroll run ▽] [Print]

Help me understand my Pay Statement and other FAQs
View Expense Reimbursement Statements
View W-2 Wage and Tax Statements

| Name | Personnel Number | Period Begin | Period End |
|---|---|---|---|
| Patricia Ann Bartolomeo | 00371660 | 07/01/2018 | 07/14/2018 |

| Date Paid | Rate/Salary | Cost Center | Company FEIN | |
|---|---|---|---|---|
| 07/13/2018 | 2,769.23 | 100000701 | 13-3891517 | Deloitte - 4022 Sells Drive, Hermitage, TN 37076 (1-800-DELOITTE) |

| Total Earnings | Pre-Tax Ded | Tax Deduction | After-Tax Ded | Net Pay |
|---|---|---|---|---|
| 2,773.83 | 317.11 | 687.93 | 27.33 | 1,741.46 |

| | Hours | Rate | Current | Year-to-Date | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **GROSS EARNING(S):** | | | | | **PRE-TAX DEDUCTION(S):** | | |
| 07/14 Regular Salary | | | $2,769.23 | $38,769.22 | 07/14 401(k) Contribution | $83.08 | $498.48 |
| Well-Being Subsidy | | | | 70.00 | 07/14 Anthem Bluecard PPO | 218.00 | 3,052.00 |
| Recognition Award | | | | 784.26 | 07/14 Metlife Preferred De | 12.00 | 168.00 |
| 07/14 Imp Inc Core Life | | | 0.61 | 8.54 | 07/14 Voluntary Vision Car | 4.03 | 56.42 |
| 07/14 Imp Inc Core LTD | | | 3.99 | 55.86 | | | |
| | | | | | **TAXABLE EARNINGS (FED):** | $2,456.72 | $35,912.98 |
| **TOTAL GROSS** | | | **$2,773.83** | **$39,687.88** | | | |
| | | | | | **TAX DEDUCTION(S):** | | |
| | | | | | FED TX Withholding Tax | 317.88 | 4,858.34 |
| | | | | | FED TX EE Social Securit | 157.47 | 2,257.51 |
| | | | | | FED TX EE Medicare Tax | 36.83 | 527.97 |
| | | | | | PA TX Withholding Tax | 77.97 | 1,117.81 |
| | | | | | PA TX EE Unemployment T | 1.66 | 23.81 |
| | | | | | PBKX TX Withholding Tax | 96.12 | 1,375.29 |
| | | | | | **OTHER DEDUCTION(S):** | | |
| | | | | | 07/14 401K Loan Payment | 20.73 | 290.22 |
| | | | | | 07/14 United Way Deduction | 2.00 | 26.00 |
| | | | | | Well-Being Subsidy | | 70.00 |
| | | | | | Award Received | | 500.00 |
| | | | | | 07/14 Imp Inc Core Life | 0.61 | 8.54 |
| | | | | | 07/14 Imp Inc Core LTD | 3.99 | 55.86 |
| | | | | | **NET PAY** | **$1,741.46** | **$24,801.63** |

| Payment Type | Bank Location | Bank Number | Amount |
|---|---|---|---|
| Direct Deposit | 50 | XX...... | $ 261.22 |
| Direct Deposit | | XX...... | $ 1480.24 |

Copyright © 2018 Deloitte Development LLC. All rights reserved.

**TalentOnDemand**

Navigate & Search

Feedback  Help  Keywords  Member of Deloitte Touche Tohmatsu Limited
Legal  Preferences  Privacy
Security  Site Map  Terms of Use  Electronic Communications Internal use only



# Deloitte.

Deloitte & Touche LLP

Deloitte - 4022 Sells Drive, Hermitage, TN 37076
(1-800-DELOITTE)

| Name | Personnel Number | Period Begin | Period End |
|---|---|---|---|
| Patricia Ann Bartolomeo | 00371660 | 07/15/2018 | 07/28/2018 |
| **Date Paid** | **Rate/Salary** | **Cost Center** | **Company FEIN** |
| 07/27/2018 | 2,769.23 | 100000701 | 13-3891517 |

| Total Earnings | Pre-Tax Ded | Tax Deduction | After-Tax Ded | Net Pay |
|---|---|---|---|---|
| 2,773.83 | 317.11 | 687.93 | 27.33 | 1,741.46 |

| | Hours | Rate | Current | Year-to-Date | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **GROSS EARNING(S):** | | | | | **PRE-TAX DEDUCTION(S):** | | |
| 07/28 Regular Salary | | | $2,769.23 | $41,538.45 | 07/28 401(k) Contribution | $83.08 | $581.56 |
| Well-Being Subsidy | | | | 70.00 | 07/28 Anthem Bluecard PPO | 218.00 | 3,270.00 |
| Recognition Award | | | | 784.26 | 07/28 Metlife Preferred De | 12.00 | 180.00 |
| 07/28 Imp Inc Core Life | | | 0.61 | 9.15 | 07/28 Voluntary Vision Car | 4.03 | 60.45 |
| 07/28 Imp Inc Core LTD | | | 3.99 | 59.85 | | | |
| | | | | | **TAXABLE EARNINGS (FED):** | $2,456.72 | $38,369.70 |
| **TOTAL GROSS** | | | $2,773.83 | $42,461.71 | | | |
| | | | | | **TAX DEDUCTION(S):** | | |
| | | | | | FED TX Withholding Tax | 317.88 | 5,176.22 |
| | | | | | FED TX EE Social Securit | 157.47 | 2,414.98 |
| | | | | | FED TX EE Medicare Tax | 36.82 | 564.79 |
| | | | | | PA TX Withholding Tax | 77.97 | 1,195.78 |
| | | | | | PA TX EE Unemployment T | 1.67 | 25.48 |
| | | | | | PBKX TX Withholding Tax | 96.12 | 1,471.41 |
| | | | | | **OTHER DEDUCTION(S):** | | |
| | | | | | 07/28 401K Loan Payment | 20.73 | 310.95 |
| | | | | | 07/28 United Way Deduction | 2.00 | 28.00 |
| | | | | | Well-Being Subsidy | | 70.00 |
| | | | | | Award Received | | 500.00 |
| | | | | | 07/28 Imp Inc Core Life | 0.61 | 9.15 |
| | | | | | 07/28 Imp Inc Core LTD | 3.99 | 59.85 |
| | | | | | **NET PAY** | $1,741.46 | $26,543.09 |

| Payment Type | Bank Location | Bank Number | Amount |
|---|---|---|---|
| Direct Deposit | | XXX | $ 261.22 |
| Direct Deposit | | XXXX | $ 1480.24 |

**TalentOnDemand**   Navigate & Search



DeloitteNet / TalentOnDemand / Compensation / US / My Pay Statement

## My Pay Statement

My Pay Statement >

[08/10/2018 - Regular payroll run ▼] [Print]

Help me understand my Pay Statement and other FAQs
View Expense Reimbursement Statements
View W-2 Wage and Tax Statements

| Name | Personnel Number | Period Begin | Period End |
|---|---|---|---|
| Patricia Ann Bartolomeo | 00371660 | 07/29/2018 | 08/11/2018 |

| Date Paid | Rate/Salary | Cost Center | Company FEIN | |
|---|---|---|---|---|
| 08/10/2018 | 2,769.23 | 100000701 | 13-3891517 | Deloitte - 4022 Sells Drive, Hermitage, TN 37076 (1-800-DELOITTE) |

| Total Earnings | Pre-Tax Ded | Tax Deduction | After-Tax Ded | Net Pay |
|---|---|---|---|---|
| 2,773.83 | 317.11 | 687.93 | 27.33 | 1,741.46 |

| | Hours | Rate | Current | Year-to-Date | | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **GROSS EARNING(S):** | | | | | **PRE-TAX DEDUCTION(S):** | | |
| 08/11 Regular Salary | | | $2,769.23 | $44,307.68 | 08/11 401(k) Contribution | $83.08 | $664.64 |
| Well-Being Subsidy | | | | 70.00 | 08/11 Anthem Bluecard PPO | 218.00 | 3,488.00 |
| Recognition Award | | | | 784.26 | 08/11 Metlife Preferred De | 12.00 | 192.00 |
| 08/11 Imp Inc Core Life | | | 0.61 | 9.76 | 08/11 Voluntary Vision Car | 4.03 | 64.48 |
| 08/11 Imp Inc Core LTD | | | 3.99 | 63.84 | | | |
| | | | | | **TAXABLE EARNINGS (FED):** | $2,456.72 | $40,826.42 |
| **TOTAL GROSS** | | | $2,773.83 | $45,235.54 | | | |
| | | | | | **TAX DEDUCTION(S):** | | |
| | | | | | FED TX Withholding Tax | 317.88 | 5,494.10 |
| | | | | | FED TX EE Social Securit | 157.47 | 2,572.45 |
| | | | | | FED TX EE Medicare Tax | 36.83 | 601.62 |
| | | | | | PA TX Withholding Tax | 77.97 | 1,273.75 |
| | | | | | PA TX EE Unemployment T | 1.66 | 27.14 |
| | | | | | PBKX TX Withholding Tax | 96.12 | 1,567.53 |
| | | | | | **OTHER DEDUCTION(S):** | | |
| | | | | | 08/11 401K Loan Payment | 20.73 | 331.68 |
| | | | | | 08/11 United Way Deduction | 2.00 | 30.00 |
| | | | | | Well-Being Subsidy | | 70.00 |
| | | | | | Award Received | | 500.00 |
| | | | | | 08/11 Imp Inc Core Life | 0.61 | 9.76 |
| | | | | | 08/11 Imp Inc Core LTD | 3.99 | 63.84 |
| | | | | | **NET PAY** | $1,741.46 | $28,284.55 |

| Payment Type | Bank Location | Bank Number | Amount |
|---|---|---|---|
| Direct Deposit | | XX... | $ 261.22 |
| Direct Deposit | | XX... | $ 1480.24 |

Page Contact: PSN_Benefits DTT (US - Hermitage)
Published: 13-Nov-17

Copyright © 2018 Deloitte Development LLC. All rights reserved.

**TalentOnDemand**

Navigate & Search

Feedback  Help  Keywords
Legal  Preferences  Privacy
Security  Site Map  Terms of Use

Member of Deloitte Touche Tohmatsu Limited[1]

Electronic Communications
Internal use only

