IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Patricia A. Bartolomeo | : |
| | : |
| | :     Case No.: 18-15390ELF |
| | : |
| Debtor(s) | :     Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 23.

Dated: December 4, 2018        /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek and Cooper
                               "The Philadelphia Building"
                               1315 Walnut Street, #502
                               Philadelphia, PA 19107
                               215-545-0008