# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15390-ELF

PATRICIA A BARTOLOMEO

707 W. ASHLAND AVENUE

GLENOLDEN, PA 19036

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA A BARTOLOMEO

    707 W. ASHLAND AVENUE

    GLENOLDEN, PA 19036

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 12/13/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee