United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia A. Bartolomeo  
      Debtor

Case No. 18-15390-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jan 10, 2019  
                      Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db          +Patricia A. Bartolomeo,   707 W. Ashland Avenue,   Glenolden, PA 19036-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: megan.harper@phila.gov Jan 11 2019 02:54:05   City of Philadelphia,  
         City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
         Philadelphia, PA  19102-1595  
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:53:36  
         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
         Harrisburg, PA  17128-0946  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2019 02:53:58   U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2019 02:53:51  
         American Honda Finance Corporation,   3625 W. Royal Lane, Suite 200,   Irving, TX  75063,  
         UNITED STATES  
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 02:59:58   Synchrony Bank,  
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Debtor Patricia A. Bartolomeo brad@sadeklaw.com,   bradsadek@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation  
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: PATRICIA A. BARTOLOMEO ) **Debtor(s)** ) ) AMERICAN HONDA FINANCE ) CORPORATION ) **Moving Party** ) ) v. ) ) ) PATRICIA A. BARLTOLOMEO ) **Respondent(s)** ) ) WILLIAM C. MILLER ) **Trustee** ) ) ) | CHAPTER 13 CASE NO. 18-15390 (ELF) HEARING DATE: **1-8-19 at 9:30 AM** 11 U.S.C. 362 |

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2015 Honda Civic** bearing vehicle identification number 19XFB2F70FE288722 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated: 1/9/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**