United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia A. Bartolomeo  
       Debtor

Case No. 18-15390-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Jan 16, 2019 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
db       +Patricia A. Bartolomeo,   707 W. Ashland Avenue,   Glenolden, PA 19036-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:
       BRAD J. SADEK   on behalf of Debtor Patricia A. Bartolomeo brad@sadeklaw.com, bradsadek@gmail.com
       REBECCA ANN SOLARZ   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM EDWARD CRAIG   on behalf of Creditor   American Honda Finance Corporation
    ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                       TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patricia A. Bartolomeo
       Debtor(s)

Chapter: 13

Bankruptcy No: 18−15390−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 15, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Eric L. Frank
                            Judge ,
                            United States Bankruptcy Court

                                          38
                                   Form 155