United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15390-elf
Patricia A. Bartolomeo                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Marie              Page 1 of 2              Date Rcvd: Aug 07, 2019
                             Form ID: pdf900          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
```
db          +Patricia A. Bartolomeo,    707 W. Ashland Avenue,    Glenolden, PA 19036-1205
14181340    +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14234513     American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern  PA 19355-0701
14247413    +American Honda Finance Corporation,    c/o William E. Craig, Esquire,    Morton & Craig, LLC,
              110 Marter Ave.  Suite 301,    Moorestown, NJ 08057-3125
14181342   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998)
14194179    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14340268     ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
14181346    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181347    +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14181352    +Firstmark Services,    Attn: Bankruptcy Dept.,    P.O. Box 82522,    Lincoln, NE 68501-2522
14181354    +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
              Hazelwood, MO 63042-2429
14181355    +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14200217    +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
14302018    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14275484    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Kevin S. Frankel, Esquire,
              Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14199714    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14181357    +Pacific Union Financial,    Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
              Farmers Branch, TX 75234-6071
14196881    +Pacific Union Financial, LLC,    1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
14262577     U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
              Harrisburg, PA 17106-9184
14205742     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14181360    +Wells Fargo/Bob's Discount Furniture,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:58:54     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 02:58:34
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2019 02:58:54     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2019 02:58:50
              American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
              UNITED STATES
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 03:02:11     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14181341     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2019 02:58:50     American Honda Finance,
              Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
14187751     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2019 02:58:50
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
14181343    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 03:02:12     Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14192599     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 03:02:12
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14181344    +E-mail/Text: DSLBKYPRO@discover.com Aug 08 2019 02:58:53     Discover Student Loans,
              Attn: Bankruptcy,    Po Box 30948,    Salt Lake City, UT 84130-0948
14185607    +E-mail/Text: DSLBKYPRO@discover.com Aug 08 2019 02:58:53     Discover Student Loans,
              PO Box 30925,    Salt Lake City, UT 84130-0925
14340268     E-mail/Text: ECMCBKNotices@ecmc.org Aug 08 2019 02:58:32     ECMC,    PO BOX 16408,
              St. Paul, MN 55116-0408
14181356     E-mail/Text: camanagement@mtb.com Aug 08 2019 02:58:32     M&T Credit Services,
              Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
14182257    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 03:02:14
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14206871     E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 02:58:33
              Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
              Kirkland, WA  98083-0788
14181358    +E-mail/Text: clientservices@simonsagency.com Aug 08 2019 02:59:11     Simons Agency, Inc.,
              Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
14181359    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 03:02:12     Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
                                                                                             TOTAL: 17
```

```
District/off: 0313-2          User: Marie                 Page 2 of 2                  Date Rcvd: Aug 07, 2019
                              Form ID: pdf900             Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14181345*      +Discover Student Loans,    Attn: Bankruptcy,    Po Box 30948,    Salt Lake City, UT 84130-0948
14181348*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181349*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181350*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181351*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14181353*      +Firstmark Services,    Attn: Bankruptcy Dept.,    P.O. Box 82522,    Lincoln, NE 68501-2522
                                                                                TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Patricia A. Bartolomeo brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICIA A BARTOLOMEO | Chapter 13 |
| Debtor | Bankruptcy No. 18-15390-ELF |

# O R D E R

 **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 7, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
PATRICIA A BARTOLOMEO

707 W. ASHLAND AVENUE

GLENOLDEN, PA 19036